UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:26-cr-29-LM-TSM-01/03 |
| | ) | |
| DAMARCUS BONNER, TYRON HARRIS, | ) | |
| & NICOLE PALARDY | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

[18 U.S.C. § 1201(a)(1) – Kidnapping]

On or about January 23, 2026, and continuing through on or about January 25, 2026, in

the District of New Hampshire and elsewhere, the defendants,

**TYRON HARRIS and
DAMARCUS BONNER**

did unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away

VICTIM 1, and hold VICTIM 1 for ransom, reward, or otherwise, and, in committing and in

furtherance of the commission of the offense, did willfully transport VICTIM 1 in interstate

commerce from New Hampshire to Vermont, and used any means, facility, and instrumentality

of interstate commerce in the commission of the offense and in furtherance of the commission of

the offense, including, among others, an automobile, cellular telephones, and the internet, all in

violation of 18 U.S.C. § 1201(a)(1).

## COUNT TWO

[18 U.S.C. § 1201(c) – Conspiracy to Commit Kidnapping]

1

On or about January 23, 2026, and continuing through on or about January 25, 2026, in the District of New Hampshire and elsewhere, the defendants,

**TYRON HARRIS,**
**DAMARCUS BONNER, and**
**NICOLE PALARDY**

and coconspirators known and unknown to the Grand Jury, did conspire with each other and other persons known and unknown to the Grand Jury, to unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away VICTIM 1, and hold VICTIM 1 for ransom, reward, or otherwise, and, in committing and in furtherance of the commission of the offense, did willfully transport VICTIM 1 in interstate commerce from New Hampshire to Vermont, and used any means, facility, and instrumentality of interstate commerce in the commission of the offense and in furtherance of the commission of the offense, including, among others, an automobile, cellular telephones, and the internet.

### Overt Acts in Furtherance of the Conspiracy

From on or about January 23, 2026, and continuing through on or about January 25, 2026, the defendants, **HARRIS, BONNER, AND PALARDY**, and coconspirators known and unknown to the Grand Jury, committed and caused to be committed the following overt acts, among others, in furtherance of the conspiracy:

- On or about January 23, 2026, did travel from Vermont to Claremont, New Hampshire to seize, kidnap, confine, abduct, and carry away VICTIM 1;

- On or about January 23, 2026, did seize, kidnap, confine, abduct, and carry away VICTIM 1;

- On or about January 23, 2026, did transport VICTIM 1 against her will from Claremont, New Hampshire to a residence in Springfield, Vermont;

- From on or about January 23, 2026, until on or about January 25, 2026, confined and held VICTIM 1 in a location in Springfield, Vermont, at times binding VICTIM 1's hands and feet with duct tape and blindfolding her with duct tape;

2

- From on or about January 23, 2026, until on or about January 25, 2026, inflicted physical harm on VICTIM 1, including burning her with a heated knife and pouring peroxide over a towel on her face;

- On or about January 24, 2026, used a cellular telephone and the internet to contact INDIVIDUAL 1 and demand money in exchange for VICTIM 1's release.

All in violation of 18 U.S.C. § 1201(c).

## <u>NOTICE OF FORFEITURE</u>

Upon conviction of the offense alleged in Counts One and Two of the Indictment, the defendants shall forfeit to the United States pursuant to 18 USC § 981(a)(1)(C) and 28 USC § 2461, any property constituting, or derived from, proceeds obtained directly or indirectly as a result of the charged offenses.

A TRUE BILL

Dated: May 20, 2026

/s/ Foreperson
Grand Jury Foreperson

ERIN CREEGAN
United States Attorney

/s/ Matthew Vicinanzo
Matthew Vicinanzo
Assistant U.S. Attorney

3