UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA    )
                            )
            v.              )        Docket No. 1:26-cr-00029-LM-TSM
                            )
DAMARCUS BONNER et al       )
_____)

APPEARANCE

Please enter my appearance as counsel for the United States of America in the above-entitled case.

Respectfully submitted,

ERIN CREEGAN
United States Attorney

/s/ Charles V. DeJoie III
Charles V. DeJoie III
Assistant U.S. Attorney
NH Bar #273261
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
Charles.DeJoie@usdoj.gov

Date:  July 9, 2026